UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN KWOK KEUNG,

                    Plaintiff,

        – against –

PERFECT BROW NEW YORK, INC. d/b/a
PERFECT BROWS NYC *and* 1163 NEW YORK
AVENUE LLC,

                    Defendants.

**ORDER**

25-cv-1143 (ER)

Ramos, D.J.:

On June 19, 2025, Keung filed affidavits of service for both Defendants.  Docs. 7, 8.

Since then, there has been no activity in the case.

Keung is therefore instructed to submit a status report by **April 16, 2026**.  Failure to do

so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:    April 9, 2026
           New York, New York

                                        EDGARDO RAMOS, U.S.D.J.