UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN KWOK KEUNG,

Plaintiff,

– against –

PERFECT BROW NEW YORK, INC., *and* 255-257 EAST 61ST STREET LLC,

Defendants.

**ORDER**

25 Civ. 1143 (ER)

Ramos, D.J.:

On August 21, 2026, Plaintiff Lin Kwok Keung filed an Amended Complaint against Defendants Perfect Brow New York, Inc. and 255-257 East 61st Street LLC. Doc. 14. Defendant Perfect Brow New York, Inc. was served on August 19, 2026, and its answer was due on September 9, 2026. Doc. 17. As of today, Perfect Brow New York, Inc. has neither appeared in the action nor responded to the Amended Complaint.

Plaintiff is therefore instructed to submit a status report by no later than October 23, 2026. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: October 16, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.